Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| MAGNUS ANDERSSON, | ) | Case No.: 2:18-CV-00179 |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6198.88, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 22nd day of February 2019.

*Richard A Jones*
_____
The Honorable Richard A. Jones
United States District Judge

THA WIN, ATTORNEY
606 Maynard Avenue South, Suite 201
SEATTLE, WA 98104